IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON / GREENWOOD DIVISION

FILED
JAN 4 1998
LARRY W. PROPES, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MARION G. COX, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | C/A NO: 8:97-2355-21 |
| ) | |
| MARTIN COLOR-FI, INC.; ) | ORDER |
| JAMES F. MARTIN and ) | |
| HENRY M. POSTON, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court upon motion of Greg W. Anderson, attorney for defendants, seeking a stay based upon the bankruptcy filings of Martin Color-Fi, Inc. and its subsidiaries. The court finds that these companies filed for chapter 11 bankruptcy protection on or about November 16, 1998, as evidenced by those filings numbered 98-10144-W, 98-10145-W and 98-10146-W. Accordingly, pursuant to 11 USC 362(a)1 & 6, the court finds that such a stay is appropriate.

THEREFORE, IT IS ORDERED that this case is hereby stayed until further order of this court.

IT IS SO ORDERED.

Margaret B. Seymour
United States District Judge

Florence, South Carolina

December 28, 1998

1

19